[Nos. 15787-0-II; 15788-8-II.   Division Two.   November 30, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. ZACHARY LARSEN, *Respondent*.

THE STATE OF WASHINGTON, *Appellant*, v. BENJAMIN LARSEN, *Respondent*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 257064R031, 257064R050, and 252400R041, Rosanne Buckner, J., entered February 5, 1992. *Reversed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Morgan, J.

[No. 16063-3-II.   Division Two.   November 30, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE B. GAONA, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 92-1-00101-5, David E. Foscue, J., entered May 15, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan and Houghton, JJ.

[No. 16553-8-II.   Division Two.   December 1, 1993.]

THE STATE OF WASHINGTON, *Petitioner*, v. ANTHONY JOHNSON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-02023-0, Donald H. Thompson, J., entered October 16, 1992. *Reversed* by unpublished per curiam opinion.